# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of GEORGIA

WAYCROSS Division

2023 FEB -1  A 9: 15

|  |  |
|---|---|
| ANTONIO L STRICKLAND | ) Case No. |
| _Plaintiff(s)_ | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) CV323- 010 |
| -v- | ) |
| "See attached" Exhibit A | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | AUTONIO L STRICKLAND |
| All other names by which you have been known: | Hoolie, RACUL |
| ID Number | 1102810 |
| Current Institution | WARE STATE PRISON |
| Address | 3620 N. HARRIS ROAD |
| | WAYCROSS GA 31503 |
| | *City* *State* *Zip Code* |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | JOHNSON STATE PRISON |
| Job or Title *(if known)* | GEORGIA DEPARTMENT OF CORRECTION |
| Shield Number | N/A |
| Employer | GEORGIA DEPARTMENT OF CORRECTION |
| Address | P.O. BOX 344 |
| | WRIGHTSVILLE GA 31096 |
| | *City* *State* *Zip Code* |

☑ Individual capacity  ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | BRIAN CHAMBERS |
| Job or Title *(if known)* | WARDEN/SUPERINTENDENT |
| Shield Number | N/A |
| Employer | GEORGIA DEPARTMENT OF CORRECTION |
| Address | P.O. BOX 344 |
| | WRIGHTSVILLE GA 31096 |
| | *City* *State* *Zip Code* |

☑ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) .

Defendant No. 3

    Name              TRAVIS PROSSER

    Job or Title *(if known)*   DEPUTY WARDEN OF SECURITY

    Shield Number      1032771

    Employer         GEORGIA DEPARTMENT OF CORRECTION

    Address          P.O. BOX 344

                 WRIGHTSVILLE    GA    31096
                        City        State     Zip Code

                 ☑ Individual capacity    ☑ Official capacity

Defendant No. 4 .

    Name              BRIAN MOTEN

    Job or Title *(if known)*   (RSAT) PROGRAM DIRECTOR

    Shield Number      N/A

    Employer         SPECTRUM HEALTH SYSTEMS

    Address          P.O. BOX 344

                 WRIGHTSVILLE    GA    31096
                        City        State     Zip Code

                 ☑ Individual capacity    ☑ Official capacity

                                       EXHIBIT "B"

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     PLAINTIFF ALLEGE THAT HIS EIGHT AMENDMENT CONSTITUTION RIGHT HAS BEEN VIOLATED NEGLECT, FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT AND INTERFERENCE WITH GOV'T CONTRACTUAL CONSTITUTION RIGHTS

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"SEE ATTACHED" Exhibit 'C'

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"SEE ATTACHED" Exhibit 'D'

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

JOHNSON STATE PRISON (RSAT) PROGRAM 3-18-22

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

3-18-22 FRIDAY MORNING 10:10 A.M.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"SEE attached" Exhibit "E"

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I SUSTAINED A MILD CONCUSSION TO THE HEAD AND PERMANANT INJURY TO MY FACE AND LEFT EYE VISION. I HAD TO BE SEEN IN MEDICAL TO HAVE IMMEDIATELY SURGERY PERFORMED ON MY FACE. I HAVE TO HAVE STICHES PLACED IN MY FACE A HALF-INCH FROM MY LEFT EYE SOCKET. I SUFFERED FROM SWOLLEN TO THE FACE AND HAD TO NURSE MY SELF-BACK. I WAS PLACED IN THE HOLE IN JOHNSON STATE PRISON ON INVOLUNTARY PROTECTED CUSTODY DUE TO SECURITY AND SAFETY REASONS.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"SEE attached"

Exhibit "F"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

3-18-22 FRIDAY MORNING 10:10 A.M.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See attached" Exhibit "E"

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I SUSTAINED A MILD CONCUSSION TO THE HEAD AND PERMANANT INJURY TO MY FACE AND LEFT EYE VISION. I HAD to BE SEEN IN MEDICAL TO HAVE IMMEDIATELY SURGERY PERFORMED ON MY FACE. I HAVE to HAVE STICHES PLACED IN MY FACE A HALF INCH FROM MY LEFT EYE SOCKET. I SUFFERED FROM SWOLLEN toTHE FACE AND HAD to NATURE MY SELF-BACK. I WAS PLACED IN THE HOLE IN JOHNSON STATE PRISON ON INVOLUNTARY PROTECTED CUSTODY DUE TO SECURITY AND SAFETY REASONS.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"SEE ATTACHED"

Exhibit "F"

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

JOHNSON STATE PRISON RSAT PROGRAM

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.   Where did you file the grievance?

3-25-22 JOHNSON STATE PRISON   LOCKDOWN J-2

2.   What did you claim in your grievance? THAT THE WARDEN BRIAN CHAMBERS AND DEAUTY WARDEN OF SECURITY ARE RUNNING A PRISON THAT IS UNDERSTAFFED MR. T. PROSSER THAT PLACE INMATES IN A UNSAFE CONDITION THAT LEAVE INMATES UNPROTECTED TO WHERE I GOT JUMPED ON BY INMATES AND STABBED IN MY FACE DUE TO LACK OF OFFICERS. At JOHNSON STATE PRISON.

3.   What was the result, if any?

GRIEVANCE ACCEPTED PARTIALLY GRANTED

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

SAYS GRIEVANCE EFFECTIVELY CLOSED 9-5-22

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

          N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

          N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

          Exhibt G

SEE attached NOTIFICATION OF REFERRAL (GRIEVANCE CLOSED)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

          N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)        N|A

Defendant(s)        N|A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N|A

3.   Docket or index number

N|A

4.   Name of Judge assigned to your case

N|A

5.   Approximate date of filing lawsuit

N|A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.        N|A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N|A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    N/A
     Defendant(s)    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     N/A

3.   Docket or index number
     N/A

4.   Name of Judge assigned to your case
     N/A

5.   Approximate date of filing lawsuit
     N/A

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition     N/A

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1 - 22 - 23

Signature of Plaintiff   _Antonius L Strickland_

Printed Name of Plaintiff   ANTONIO L STRICKLAND

Prison Identification #   1102810

Prison Address   WARE STATE PRISON   3620 N. HARRIS RD.

WAYCROSS                    GA            31503

_City_            _State_      _Zip Code_

### B.   For Attorneys

Date of signing:   N/A

Signature of Attorney   N/A

Printed Name of Attorney   N/A

Bar Number   N/A

Name of Law Firm   N/A

Address   N/A

N/A            N/A       N/A

_City_            _State_      _Zip Code_

Telephone Number   N/A

E-mail Address   N/A

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANTONIO L STRICKLAND

      PLAINTIFF(S)
      _____

-√-

JOHNSON STATE PRISON &
BRIAN CHAMBERS
TRAVIS PROSSER
BRIAN MOTEN
SPECTRUM HEALTH SYSTEMS, INC

      DEFENDANT(S)
      _____

EXHIBIT "A"

DEFENDANT(S)

EXHIBIT "B"

DEFENDANT NO. 5

NAME     SPECTRUM HEALTH SYSTEMS INC.

JOB OR TITLE    RSAT PROGRAM

. SHIELD NUMBER   N/A

EMPLOYER

ADDRESS   P.O. BOX 344

WRIGHTSVILLE     GA     31096
CITY            STATE    ZIP CODE

☑ INDIVIDUAL  CAPACITY    ☑ OFFICIAL CAPACITY

II (D)                                                                 Exhibit C'

DEFENDANT, WARDEN BRIAN CHAMBERS IS THE
WARDEN OF JOHNSON STATE PRISON. HE IS
LEGALLY RESPONSIBLE FOR THE OPERATION OF
JOHNSON STATE PRISON AND FOR THE WELFARE
OF ALL THE INMATES IN THAT PRISON
ACTED UNDER COLOR OF STATE OR LOCAL LAW.

DEFENDANT, TRAVIS PROSSER IS THE DEPUTY
WARDEN OF SECURITY OF JOHNSON STATE PRISON
HE IS LEGALLY RESPONSIBLE FOR THE SECURITY
AND SAFETY OF ALL INMATES IN JOHNSON
STATE PRISON. ACTED UNDER COLOR OF STATE OR
LOCAL LAW.

DEFENDANT, BRIAN MOTEN IS THE PROGRAM
DIRECTOR OF SPECTRUM HEALTH SYSTEMS
SERVICES CORPORATION AT JOHNSON STATE
PRISON HE IS LEGALLY RESPONSIBLE OVER
THE RSAT PROGRAM, ACTED UNDER COLOR OF
STATE OR LOCAL LAW.

DEFENDANT, SPECTRUM HEALTH SYSTEMS, INC
IS RESPONSIBLE OVER ALL RSAT PARTICIPANT(S)
IN THE PROGRAM. WHICH HAVE POLICIES
AND PROCEDURES TO ENFORCE GDOC RULES,
ACTED UNDER COLOR OF STATE OR LOCAL
LAW.

DEFENDANT JOHNSON STATE PRISON
IS RESPONSIBLE TO PROTECT INMATE(S)
SAFETY. ACTED UNDER COLOR OF STATE
OR LOCAL LAW.

Exhibit 'D'

## IV. STATEMENT OF CLAIM:

PLAINTIFF STRICKLAND CLAIMS THAT JOHNSON
STATE PRISON, WARDEN BRIAN CHAMBERS,
DEPUTY WARDEN OF SECURITY TRAVIS PROSSER,
RSAT PROGRAM DIRECTOR BRIAN MOTEN
AND SPECTRUM HEALTH SYSTEMS, INC
WAS DELIBERATE INDIFFERENCE TO THE
SECURITY AND INMATE'S SAFETY.

PLAINTIFF CLAIMS THAT ALL ABOVE MENTIONED
IN CLAIM ACTED UNDER THE COLOR OF LAW
VIOLATED HIS EIGHT AMENDMENT
CONSTITUTION RIGHT FREEDOM FROM
CRUEL AND UNUSUAL PUNISHMENT.

PLAINTIFF STRICKLAND CLAIM THAT ON
MARCH 18, 2022 WHILE HE WAS A
PARTICIPANT IN THE RSAT PROGRAM
THAT WHICH IS FUNDED BY SPECTRUM
HEALTH SYSTEMS, INC THAT WAS
POLICIES AND PROCEDURES THAT FALLS
UP UNDER STATE LAW AND TO
ENFORCE ALL OF GEORGIA DEPARTMENT OF
CORRECTION RULES.

1 OF 2

Exhibit D

WAS ASSAULTED AND JUMPED ON BY INMATES
WHILE HE WAS PARTICIPATING IN A RSAT
PROGRAM AT JOHNSON STATE PRISON AND
WAS LEFT UNSUPERVISED BY STAFF AND
OFFICERS TO THE POINT WHERE HE WAS
REPEADLY NEGLECTED BY GUARDS AND
REPEADLY ASSAULTED BY INMATE(S) DUE TO
LACK OF SECURITY AND SUPERVISION AT
JOHNSON STATE PRISON AND CONSIST ON
AN ON-GOING OF HIS EIGHT AMENDMENT
RIGHT BEEN VIOLATED, FREEDOM FROM CRUEL
AND UNUSUAL PUNISHMENT.

PLAINTIFF(S) CLAIMS THAT THE PRISON OFFICIALS
FAILS TO PROTECT AND PROVIDE ENOUGH GUARDS
TO ENSURE INMATE'S OF THEIR SAFETY.
WHICH IS A BREACH OF SECURITY TO THE
LIVES OF INMATES AS WELL AS OFFICERS.

PLAINTIFF ALLEGES THAT THE WARDEN AND
PRISON OFFICIALS IS RESPONSIBLE FOR THIE
UNNECCESSARY AND WANTON INFLICTION
OF PAIN AND CONTRACTUAL RIGHT BEING
VIOLATED.

Exhibit 'E'

<u>IV. (D)</u>   WHAT ARE THE FACTS UNDERLYING YOUR CLAIM(S)?

I WAS IN A RSAT PROGRAM AT JOHNSON STATE PRISON FOR RECOVERY. WHILE I WAS IN THE PROGRAM I WAS JUMPED ON REPEATLY BY INMATES ON MARCH 18, 2022 TO THE POINT WHERE THE SECOND ASSAULT WAS MORE VIOLENTLY THAN THE FIRST ASSAULT. LEAVING ME IN A WORSER PADICAMENT THAN I WAS IN AT FIRST. DUE TO PRISON GUARDS NEGLECT AND A LACK OF SECURITY AT JOHNSON STATE PRISON, I WAS JUMPED ON BY INMATES INSIDE OF L-BUILDING. WHICH IS A RSAT BUILDING THATS OWNED BY SPECTRUM HEALTH SYSTEMS, INC. I WAS TOLD BY THE GUARD TO WALK MYSELF TO THE I.D. ROOM WHERE LT. WOULD BE AT. BY THE TIME I MADE IT IN FRONT OF F-BUILDING I WAS STRUCK WITH A SHARP OBJECT ON THE LEFT SIDE OF MY FACE. A HALF INCH FROM MY LEFT EYE BY A GENERAL POPULATION INMATE.

1 OF 2

Exhibit "E"

THAT RSAT PARTICIPANTS DON'T SUPPOSE TO BE
VAROUND DUE TO GDC AND SPECTRUM POLICIES
AND RULES. I WAS THEN TAKEN TO MEDICAL
INSTEAD OF I.D. TO HAVE SURGERY
PERFORMED ON MY FACE TO HAVE STICHES
PLACED IN MY FACE BY MY EYE. THEN I
WAS PLACED IN THE HOLE ON INVOLUNTARY
PROTECTED CUSTODY FOR SECURITY AND
SAFETY PURPOSE. THERE ARE CAMERAS AND
VIDEO FOOTAGE OF BOTH INCIDENTS
REPORTED.

2 OF 2

Exhibit "F"

# VI. Relief : PLAINTIFF STRICKLAND

SEEKS COMPENSATORY DAMAGES FOR 2.5 MILLION DOLLARS FOR HIS PAIN AND SUFFERING.

PLAINTIFF ALSO SEEKS 100,000 IN PUNITIVE DAMAGES RELIEF FROM EACH DEFENDANTS AND FROM SPECTRUM HEALTH SYSTEMS, INC. THAT HE ARE ENTITLED TO.

PLAINTIFF STRICKLAND SEEKS THIS LARGE AMOUNT IN DAMAGES FOR FAILURE TO PROTECT, PAIN AND SUFFERING AND INTERFERENCE WITH GOV'T CONTRACTUAL CONSTITUTION RIGHTS

PLAINTIFF SEEKS THAT THE 2.5 MILLION BE PAID AMONG ALL OF THE DEFENDANTS AND FROM SPECTRUM HEALTH SYSTEMS INC.

PLAINTIFF SEEKS THAT THE DEFENDANTS PAY FOR ALL MEDICAL, DOCTOR, LAWYER, ATTORNEY'S AND COURT FEE'S THAT WENT TOWARDS HIS EXPENSE'S.

SOP 227.02
Attachment 6
5/10/19



# GEORGIA DEPARTMENT OF CORRECTIONS





**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## Accepted: Notification of Referral to the Criminal Investigations Division (OPS)

TO:     Offender Name: Antonio, Strickland
        GDC#1102810

        Facility: Johnson State Prison

FROM:   Warden/Superintendent: Brian Chambers
        Facility: Johnson State Prison

RE:     GRIEVANCE # 337899


This memorandum is in response to your grievance that was filed on   3.25.22   . Upon review, it has been determined that due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on 9.5.22 for review. The Criminal Investigations Division will determine what action is appropriate. As a result, this letter serves as the formal response to your grievance and effectively closes your grievance. Although this letter effectively closes your grievance, the investigative process will continue. The decision to forward your grievance to the Criminal Investigations Division and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal Investigations Division.


_____           9-9-22
Warden/Superintendent                      Date


_____           _____
Offender       GDCID#                      Date


Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Strickland, Antonio** | Grievance Number: | 337899 |
| GDC #: | **1102810** | Facility: | **Johnson State Prison** |

RESPONSE TO GRIEVANCE: Per statement submitted by DWS Mr. Prosser, the incident is being investigated as it pertains to offender Strickland. Once completed appropriate actions will be taken. Based on the statement provided by the DWS it is recommended that this grievance be partially granted as offender was seen by medical staff and offender was placed in segregation for safety and security reasons. This grievance will also be referred to OPS for further investigation.

_B-KCL_
Warden's/Superintendent's Signature

_9-9-22_
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Offender's Signature

(Date)

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
> If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

ANTONIO L STRICKLAND #1102810
WARE STATE PRISON H-2 #10
3620 N. HARRIS ROAD
WAYCROSS GA, 31503



CLERK, U.S. DISTRICT COURT.
P.O. BOX 1130
AUGUSTA, GA 30903