IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTONIO L. STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-010 |
| | ) | |
| JOHNSON STATE PRISON; | ) | |
| BRIAN CHAMBERS, Warden; | ) | |
| TRAVIS PROSSER, Deputy Warden; | ) | |
| BRIAN MOTEN, RSAT Program Director; | ) | |
| and SPECTRUM HEALTH SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, incarcerated at Ware State Prison, commenced this case pursuant to 42 U.S.C. § 1983, concerning events alleged to have occurred at Johnson State Prison in Wrightsville, Georgia.  The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case. (Doc. no. 5.)  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 13th day of March, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA